UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RICHARD FLECK,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLASS ROOFING COMPANY, a Colorado corporation; EARL F. DOUGLASS ROOFING COMPANY, D/B/A DOUGLASS ROOFING COMPANY, a Colorado corporation; DOUGLASS COLONY ROOFING GROUP, INC., Colorado corporation, DOUGLASS COLONY GROUP, INC., a Colorado Corporation,<br><br>Defendant. | Civil No. 13-CV-231-F |

# *ORDER GRANTING DEFENDANT DOUGLASS COLONY GROUP, INC.'S MOTION IN LIMINE TO EXCLUDE IRRELEVANT AND INFLAMMATORY STATEMENTS AND GOLDEN RULE ARGUMENT*

***THIS MATTER***, having come before the Court on *Defendant Douglass Colony Group, Inc.'s Motion in Limine to Exclude Irrelevant and Inflammatory Statements*, and the Court being fully advised in the premises and finding good cause for the same;

***IT IS HEREBY ORDERED*** that *Defendant Douglass Colony Group, Inc.'s Motion in Limine to Exclude Irrelevant and Inflammatory Statements and Golden Rule Argument* be, and hereby is, granted, the Court therefore prohibits any irrelevant, prejudicial, inflammatory or misleading comments, reference, evidence, testimony or argument from being made, introduced or admitted at trial..

Dated ____________________, 2014.

NANCY D. FREUDENTHAL
District Judge